PROB 35

**ORDER TERMINATING PROBATION
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs.                      ) | No. 2:04CR000428-01 KJM |
| ) | |
| Lois Elaine Halstead      ) | |
| ) | |

On February 10, 2005, the above-named was placed on Probation for a period of one year. She has complied with the rules and regulations of supervision. It is accordingly recommended that she be discharged from supervision.

Respectfully submitted,

/s/ Marlene K. DeOrian

**Marlene K. DeOrian
United States Probation Officer**

Dated:   November 14, 2005
         Fresno, California

**REVIEWED BY:**   /s/ Bruce A. Vasquez
                  **Bruce A. Vasquez
                  Supervising United States Probation Officer**

Rev. 03/2005
PROB35.MRG

Re:     **HALSTEAD, Lois Elaine**
        **Docket Number:   2:04CR000428-01 KJM**
        **ORDER TERMINATING PROBATION**
        **PRIOR TO EXPIRATION DATE**

---

### ORDER OF COURT

It is ordered that the probationer be discharged from probation, and that the proceedings in the case be terminated.

DATED:  December 2, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

MKD

Attachment:   Recommendation

cc:   United States Attorney's Office
      FLU Unit, AUSA's Office
      Fiscal Clerk, Clerk's Office

Rev. 03/2005
PROB35.MRG